AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>ANDREW JAMES CLARK | )<br>)<br>)  Case No.   25-CR-322 MLG<br>)<br>)<br>) |
| _____<br>*Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Andrew James Clark                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2250(a):  Failure to Update Sex Offender Registration.

Date:     02/25/2025          *K. Hernandez de Sepulveda*
                                        *Issuing officer's signature*

City and state:     Albuquerque, New Mexico          Mitchell R. Elfers, Clerk of Court
                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____          _____<br>                                        *Arresting officer's signature*<br><br>                                        _____<br>                                        *Printed name and title* |

**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT FEB 2 5 2025

*K H5*

FOR THE DISTRICT OF NEW MEXICO MITCHELL R. ELFERS

CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. _25-CR-322 MLG_ |
| | ) | |
| vs. | ) | 18 U.S.C. § 2250(a):  Failure to Update |
| | ) | Sex Offender Registration. |
| **ANDREW JAMES CLARK,** | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

From a date after June 28, 2022, continuing to on or about January 29, 2025, in Bernalillo

County, in the District of New Mexico and elsewhere, the defendant, **ANDREW JAMES**

**CLARK,** a person required to register under the Sex Offender Registration and Notification Act,

by reason of a conviction under Oregon state law, traveled in interstate commerce from Oregon

to New Mexico, and knowingly failed to update a registration.

In violation of 18 U.S.C. § 2250(a).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney